UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| FRANK INMAN, | ) | |
| | ) | |
|       Petitioner, | ) | |
| v. | ) | No.  2:15-cv-113--GZS |
| | ) | |
| SCOTT LANDRY, | ) | |
| | ) | |
|       Respondent | ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 49) filed February 23, 2016, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** as follows:

1. An evidentiary hearing is not warranted under Rule 8 of the Rules Governing Section 2254 cases;

2. It is **ORDERED** that Petitioner's 28 U.S.C. §2254 (ECF No. 1) Petition is **DISMISSED**;

3. It is **ORDERED** that a certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2254 Cases is **DENIED** because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. §2253(c)(2).

                                                                                /s/ George Z. Singal
                                                                                United States District Judge

Dated this 21st day of March, 2016.